UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1589

RENITA STULTZ,

Plaintiff - Appellant,

versus

KAREN W. PONDER, as an individual and in her
official capacity as Executive Director of The
North Carolina Partnership for Children, Inc.;
THE NORTH CAROLINA PARTNERSHIP FOR CHILDREN,
INC., a North Carolina not-for-profit
corporation; SUSAN V. RUTH, as an individual
and in her official capacity as Program and
Planning Director of the North Carolina
Partnership for Children, Inc.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:03-cv-00646-BO)

Submitted: February 7, 2007      Decided: February 28, 2007

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Janet J. Lennon, LAW OFFICE OF JANET J. LENNON, Durham, North
Carolina, for Appellant. Patricia T. Bartis, PARKER, POE, ADAMS &
BERNSTEIN, L.L.P., Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renita Stultz appeals the district court's order granting Karen Ponder, Susan Ruth, and The North Carolina Partnership for Children, Inc., summary judgment on the civil action she brought against them. On appeal, Stultz argues that the district court erred in finding that she did not raise a genuine issue of material fact to establish that the Defendants' proffered nondiscriminatory reasons for her termination were pretextual. She also alleges that the district court erred in denying her motion for a continuance of the summary judgment hearing. We have reviewed the briefs and the joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stultz v. Ponder, No. 5:03-cv-00646-BO (E.D.N.C. Mar. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED